**Ronnie L. HANKINS, Appellant,**

v.

**Jeffery BRONDEL; David Dormire; Welch; Koscinki; Jerry Ellans; Mail Room Personnel; John Doe; James E. Kosanke, formerly known as Koscinki; James Ellison, formerly known as James Ellans; Stan Keely, Appellees.**

**No. 04–2621.**

United States Court of Appeals, Eighth Circuit.

Submitted June 2, 2005.

Decided June 8, 2005.

Ronnie L. Hankins, Bonne Terre, MO, pro se.

Dustin James Allison, Attorney General's Office, Jefferson City, MO, Diane F. Peters, for Appellees.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

PER CURIAM.

Missouri inmate Ronnie Hankins appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir.2003) (standard of review), we

of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.